# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 SEP 21 AM 9:43
CLERK _____
SO. DIST. OF GA.

United States ex rel.
SimplexGrinnell LP
_____
Plaintiff

v.

FTL Electric LLC; CTA I LLC;
American Safety Casualty
_____
Defendant

Case No. 3:15-cv-00074-DHB-BKE

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21st day of Sept, 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** Lisa Durham Taylor

**Business Address:** Durham Taylor LLC
Firm/Business Name

1650 Whippoorwill Road
Street Address

Watkinsville    GA    30677
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

(770) 235-1117              235529
Telephone Number (w/ area code)    Georgia Bar Number

**Email Address:** lisa@durhamtaylor.com