ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 NOV 13 AM 11:54
CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA DUBLIN DIVISION**

UNITED STATES OF AMERICA, *ex rel.* SIMPLEXGRINNELL, LP,

Plaintiff,

v.

FTL ELECTRIC, LLC; CTA I, LLC d/b/a CTA BUILDERS; and AMERICAN SAFETY CASUALTY INSURANCE COMPANY,

Defendants.

CIVIL ACTION NO. CV 315-074

**O R D E R**

In this case brought pursuant to the Miller Act, 40 U.S.C. 3131 *et seq.*, Plaintiff SimplexGrinnell, LP, has filed a "Dismissal With Prejudice," indicating that it has settled all of its claims arising out of action. Defendants that have filed answers to the complaint have indicated their consent to the dismissal through their counsel's signature. Upon due consideration, the Court finds the dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party to bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of November, 2015.

UNITED STATES DISTRICT JUDGE